# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

JOCK HARDY,

Plaintiff,

v.

ILLINOIS NURSES ASSOCIATION,

Defendant.

No. 18-cv-00552

Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____ ,

which ☐ includes _____ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant Illinois Nurses Association,

and against Plaintiff Jock Hardy, with prejudice.

Defendant shall recover costs from Plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Defendant's motion for summary judgment (Dkt. 88).

SO ORDERED in No. 18-cv-00552

Date: January 27, 2023

_____
JOHN F. KNESS
United States District Judge